**Loren D. Podwill**, OSB #843241
E-Mail: loren.podwill@bullivant.com
**Nels Vulin**, OSB #124884
E-Mail: nels.vulin@bullivant.com
BULLIVANT HOUSER BAILEY PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351
Facsimile: 503.295.0915
Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| BROADCAST MUSIC, INC.; SONY/ATV SONGS LLC; THE BERNARD EDWARDS COMPANY LLC; EMI VIRGIN SONGS, INC. d/b/a EMI LONGITUDE MUSIC; PWMP ACQUISITION I LLC d/b/a PRIMARY WAVE BRIAN; HOT-CHA MUSIC CO.; UNICHAPPELL MUSIC INC.; UNIVERSAL MUSIC MGB NA LLC d/b/a UNIVERSAL MUSIC CAREERS; BEECHWOOD MUSIC CORPORATION; E. O. SMITH MUSIC; EMI BLACKWOOD MUSIC, INC.; HIP CITY MUSIC INC.; and HIFROST PUBLISHING,<br><br>Plaintiffs,<br><br>v.<br><br>TRIPLE NICKEL PUB, LLC d/b/a TRIPLE NICKEL PUB; and FADI NABOULSI, individually,<br><br>Defendants. | Civil No.: 3:14-cv-01093<br><br>**MOTION FOR DEFAULT JUDGMENT** |

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**MOTION FOR DEFAULT JUDGMENT**
**Page 1**

Pursuant to Federal Rule of Civil Procedure 55(b), and for the reasons stated in the Memorandum in Support of Motion for Default Judgment filed contemporaneously herewith, Plaintiffs respectfully move this Court for entry of default judgment ordering that:

(a) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. § 502;

(b) Defendants pay statutory damages in the amount of $12,000.00, which represents an award of $1,500.00 for each of the eight (8) claims of infringement, pursuant to 17 U.S.C. § 504(c);

(c) Defendants pay Plaintiffs' costs, including reasonable attorney's fees in the amount of $5,955.00, pursuant to 17 U.S.C. § 505;

(d) Defendants pay interest on these awards pursuant to 28 U.S.C. § 1961.

This motion is supported by the Declarations of Kerri Howland-Kruse, Brian Mullaney, and Nels Vulin, attached hereto as Exhibits 1, 2, and 3, respectively, which establish Plaintiffs' claims for relief. A proposed Order is attached for the Court's convenience as Exhibit 4.

DATED: November 5, 2014

BULLIVANT HOUSER BAILEY PC

By /s/ 
**Loren D. Podwill**, OSB #843241
**Nels Vulin**, OSB #124884
Telephone: 503.228.6351
Attorneys for Plaintiffs

15255919.1

Bullivant|Houser|Bailey PC
300 Pioneer Tower
888 SW Fifth Avenue
Portland, Oregon 97204-2089
Telephone: 503.228.6351

**MOTION FOR DEFAULT JUDGMENT**
**Page 2**